Submitted November 10, affirmed December 8, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVENDRA BOBBY SINGH,
*Defendant-Appellant.*

Clackamas County Circuit Court
17CR50143; A173202

501 P3d 100

Thomas J. Rastetter, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kali Montague, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Gomez*, 310 Or App 693, 485 P3d 314 (2021).